# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | Case No.: 3:98-CR-7 |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| MARION PROMISE | ) | |
| | ) | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the Defendant's Motion for Reduction of Supervised Release Term [doc. 573] filed on August 18, 2015.

The Defendant is still incarcerated and therefore has not yet begun to serve his term of supervised release.

**IT IS THEREFORE ORDERED** that Defendant's Motion is **DENIED**. The Defendant may file another motion for early termination while under supervised release and the Court will give such motion consideration at the proper time.

**SO ORDERED.**

Signed: August 25, 2015

Graham C. Mullen
United States District Judge